HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHEILA WILLIAMS-CARTER, | Case No: 2:13-cv-01744 KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (14) days up through and including Monday, April 21, 2014 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before May 21, 2014.  This extension is necessitated by

the number of cases (7) the firm presently has pending before this and other district courts that require briefing.

                    BENJAMIN B. WAGNER
                    United States Attorney

Dated: April 3, 2014                    */s/CAROLYN B. CHEN*
                    CAROLYN B. CHEN
                    Special Assistant U.S. Attorney
                    Social Security Administration

Dated: April 3, 2014                    */s/HARVEY P. SACKETT*
                    HARVEY P. SACKETT
                    Attorney for Plaintiff
                    SHEILA WILLIAMS-CARTER

IT IS SO ORDERED.

Dated: April 7, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2