HARVEY P. SACKETT

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHEILA WILLIAMS-CARTER, | ) | No.: 2:13-cv-01744 KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a second extension of time of (45) days up through and including Monday, June 9, 2014 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before July 9, 2014. This extension is necessitated by the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

////

////

1

All deadlines will be extended accordingly.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: April 21, 2014                              /s/CAROLYN B. CHEN
                                              CAROLYN B. CHEN
                                              Special Assistant U.S. Attorney
                                              Social Security Administration
                                              Attorney for the Defendant

Dated:  April 22, 2014                            /s/HARVEY P. SACKETT
                                              HARVEY P. SACKETT
                                              Attorney for Plaintiff
                                              SHEILA WILLIAMS-CARTER

IT IS SO ORDERED.  Plaintiff's counsel is reminded to comply with all requirements of Local Rule 182 and other applicable law with respect to future withdrawal or substitution of counsel.

Dated:  April 22, 2014

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE