UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA WILLIAMS-CARTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:13-cv-1744-KJN<br><br><br>ORDER |

　　　　On June 5, 2014, plaintiff's counsel filed a motion to withdraw as counsel for plaintiff. (ECF No. 16.) Plaintiff's counsel indicates that there has been a breakdown in communication with plaintiff, making it impractical for him to continue to represent plaintiff effectively. The motion outlines plaintiff's counsel's efforts to communicate with plaintiff concerning the desired withdrawal, and the proof of service indicates that the motion to withdraw was served on plaintiff on June 5, 2014 by First Class Mail at her last-known address. (ECF No. 16-2.)

　　　　Plaintiff's motion for summary judgment is presently due on June 9, 2014, after the court has already granted two extensions of time to file the motion. (ECF No. 15.) The latest extension was apparently requested by plaintiff's counsel in light of an anticipated motion to withdraw and to permit plaintiff to retain new counsel. (ECF No. 14.)

////

////

1

In light of the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a written response to plaintiff's counsel's motion to withdraw ***no later than July 7, 2014.***  The response shall indicate whether or not plaintiff consents to withdrawal of plaintiff's counsel, and if not, the reasons therefor.

2. Alternatively, if plaintiff does not wish for her case to be pursued at this juncture, she may file a statement consenting to dismissal of the action without prejudice no later than July 7, 2014.

3. <u>Failure to file either a written response to the motion to withdraw or a statement of consent to dismissal of the action by the required deadline will be deemed a statement of non-opposition to the motion to withdraw, and will result in a summary grant of the motion to withdraw, leaving plaintiff to proceed in this action without counsel.</u>

4. The briefing deadlines in this action are temporarily suspended.  The court will issue a further order concerning briefing deadlines after resolution of the pending motion to withdraw.

5. The Clerk of Court shall serve a copy of this order on plaintiff herself at the last-known address for plaintiff provided by plaintiff's counsel in the proof of service of the motion to withdraw: Sheila Williams-Carter, 730 31st Street, Oakland, California 94609.

6. Plaintiff's counsel shall also use his best efforts to attempt to provide plaintiff with notice of this order through any e-mail address or telephone number for plaintiff that plaintiff's counsel may have.

IT IS SO ORDERED.

Dated: June 6, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE