UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA WILLIAMS-CARTER, | No. 2:13-cv-1744-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On January 27, 2015, this court entered judgment for the Commissioner of Social Security and closed this case. (ECF No. 34.) Plaintiff subsequently filed a notice of appeal, but on October 30, 2015, the Ninth Circuit Court of Appeals dismissed that appeal for failure to file an opening brief. (ECF No. 40.)

Over a year later, on January 31, 2017, plaintiff filed a notice of change of address and a motion to reopen the case. (ECF Nos. 41, 42.) In the motion, plaintiff indicates that she wishes to re-open her case, because all information regarding this case was sent to her prior address, although she also states that she was following the case on the Internet. She further indicates that she intends to file her brief related to this case within 30 days.

Plaintiff provides no explanation for why she failed to keep this court updated with respect to her current address and contact information. In relevant part, Local Rule 182(f)

1  provides: "Each appearing attorney and pro se party is under a continuing duty to notify the
2  Clerk and all other parties of any change of address or telephone number of the attorney or the
3  pro se party. Absent such notice, service of documents at the prior address of the attorney or pro
4  se party shall be fully effective." Furthermore, she fails to explain her months of inaction in this
5  case (and apparently the appeal), despite purportedly monitoring the case on the Internet. In any
6  event, the court's January 27, 2015 judgment is final, and plaintiff's appeal was dismissed over a
7  year ago. As such, there is no proper basis to re-open the case.

8  Accordingly, plaintiff's motion to reopen the case (ECF No. 42) is DENIED. No further
9  motions or requests for reconsideration will be entertained in this closed case.

10  IT IS SO ORDERED.
11  Dated: February 2, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE